UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 13-137 |
| BYRON EVANS | SECTION M |

**ORDER & REASONS**

Before the Court is a motion for early release or termination of "probation" filed by defendant Byron Evans,[1] proceeding *pro se* for the purposes of this motion. On December 11, 2013, Evans pleaded guilty to sixteen counts, all arising from a conspiracy to distribute and possession with intent to distribute one kilogram or more of heroin and 500 or more grams of cocaine.[2] On December 17, 2015, he was sentenced to 168 months of imprisonment, to be followed by ten years of supervised release.[3] His sentence of imprisonment was later reduced to 118 months pursuant to 18 U.S.C. § 3582(c)(2).[4]

After serving his term of imprisonment, Evans began his term of supervised release. He now asks the Court for an early release from or termination of his "probation" (by which the Court understands he really means his supervised release) to pursue certain employment opportunities.[5] He represents that he has been consistently compliant with the terms of his supervised release for his entire term, which has lasted over five years thus far.[6] The United States of America, in response, says that Evans has complied with the conditions of his supervised release and that

[1] R. Doc. 874.
[2] *See* R. Docs. 24; 220.
[3] R. Doc. 648.
[4] R. Doc. 670.
[5] R. Doc. 874.
[6] *Id.*

neither it nor the United States Probation Office opposes Evans's request for early termination of his supervised release.[7] Accordingly,

IT IS ORDERED that Evans's motion for early release or termination of "probation" (*i.e.,* supervised release) (R. Doc. 874) is GRANTED.

New Orleans, Louisiana, this 18th day of August, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

[7] R. Doc. 876.